

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-19-00728-CV

**IN THE INTEREST OF L.M.D, D.D., AND T.D., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20628
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On January 31, 2020, appellee Alyssa Daniels filed a motion to strike appellant's brief and appendix. That same day, appellant Gary Daniels filed a response and a motion for an extension of time to file his brief. We GRANT appellant's motion for an extension of time to file his brief and deem appellant's brief timely filed. We DENY appellee's motion to strike. Although we do not strike the appendix to appellant's brief, we will consider only those documents that are properly included in the appellate record or before this court. *See Burke v. Ins. Auto Auctions Corp.*, 169 S.W.3d 771, 775 (Tex. App.—Dallas 2005, pet. denied) (refusing to consider documents in the appellant's appendices that were not properly included in the appellate record or before the court).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court